# ROBERT L. LIEBROSS
## ATTORNEY AND COUNSELOR AT LAW

*Admitted in New York, Colorado*      39 BROADWAY, SUITE 1620      FAX: 212-371-0463
*and the District of Columbia*      NEW YORK, NY 10006      E-MAIL: *rliebross@liebrosslaw.com*
*www.liebrosslaw.com*

-----------------------------------

(212) 566-2151

-----------------------------------

By ECF

Dec. 9, 2019

Hon. Ann Donnelly
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Hon. James Orenstein
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

      Re:     *Reed, et. al, v. Queens Village Committee, et. al*, No. 18-3114 (EDNY)
              (AMD)(JO) and *Davis v. Queens Village Committee*, No. 19-3533 (EDNY)
              (AMD) (JO)
              Status Report
              Joint request to Adjourn Status Conference with Mag. Judge Orenstein on
                  Tuesday, Dec. 10th at 11 a.m.

Dear Judge Donnelly and Magistrate Judge Orenstein:

      The parties have continued to discuss settlement and hoped to be in a position to report

further progress to the Court today.

      However, there are matters outside the control of the parties that substantially affect the

timing of negotiations. Specifically, the Queens Village Defendants are awaiting the release of

funds from a state agency, which release will allow funds to be made available for settlement.

The parties request an adjournment of the status conference currently scheduled for tomorrow and a continued stay of both cases while we await the release of these funds. The parties propose providing a joint status report to the Court by no later than January 10, 2020, and request that the Court reschedule the status conference for on or after January 13, 2020.

Very truly yours,

_____/s/_____

Robert L. Liebross

Attorney for plaintiffs in both No. 18-3114 (AMD)(JO) and No. 19-3353 (E.D.N.Y.)(AMD)(JO)

_____/s/_____

Kerstin M. Miller, Esq. (kmiller@smithdowney.com)
Smith & Downey
320 E. Towsontown Blvd.
Suite 1 East
Baltimore, MD 21286
(410) 321-9864

Attorneys for Queens Village Defendants in both No. 18-3114 (AMD)(JO) and No. 19-3353 (E.D.N.Y.)(AMD)(JO)

_____/s/_____

Samuel Levin, Esq. (slevin@groom.com)

Lars Golumbic, Esq. (lgolumbic@groom.com)
Kara P. Wheatley, Esq. (kwheatley@groom.com)
Groom Law Group
1701 Pennsylvania Avenue, N.W., Suite 1200
Washington, D.C. 20006
(202) 861-6648

Attorneys for defendant Delaware Charter Guaranty & Trust Co., d/b/a/ Principal Financial Group in No. 18-3114 (AMD)(JO)